**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00412-CV

### 360-IRVINE, LLC, ET AL., Appellants

### V.

### TIN STAR DEVELOPMENT, LLC, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1-14255**

## ORDER

Before this Court is appellees' June 23, 2014 motion to stay the appeal pending resolution of jurisdiction over the remaining defendants and appellants' response to the motion. We **DENY** appellees' motion to stay the appeal.

We **GRANT** appellees' alternative request for a second extension of time to file a brief. Appellees shall file their brief **on or before JULY 28, 2014**. We caution appellees that no further extension of time will be granted in this accelerated appeal. If appellees fail to file a brief on or before July 28, 2014, the appeal will be submitted without an appellees' brief.

/s/     ADA BROWN
          JUSTICE